IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER GOODVINE,

    Plaintiff,

  v.

Case No. 18-cv-259-wmc

SHERIFF RICHARDS,
COLUMBIA COUNTY,
DEPUTY KIM BURSAW,
DEPUTY RICHARD STUEWER,
DEPUTY HATTON, DEPUTY PRISKE,
AND LT. STILSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 10/9/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |